**UNITED STATES of America,
Plaintiff—Appellee,**

v.

**Marquise D. CARTER, Defendant—
Appellant.**

**No. 08–7496.**

United States Court of Appeals,
Fourth Circuit.

Submitted: Dec. 16, 2008.

Decided: Dec. 23, 2008.

Marquise D. Carter, Appellant Pro Se. Jack Hanly, Assistant United States Attorney, Alexandria, Virginia, for Appellee.

Before WILKINSON, MICHAEL, and KING, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Marquise D. Carter appeals the district court's order denying his motion to amend his restitution judgment. We have reviewed the record and find no reversible error. Accordingly, we affirm the district court's order. *United States v. Carter,* No. 1:07–cr–00288–CMH–1 (E.D.Va. July 14, 2008). We dispense with oral argument because the facts and legal contentions are adequately presented in the ma-

terials before the court and argument would not aid the decisional process.

*AFFIRMED.*